Case 17-25717-ABA    Doc 55-2    Filed 07/26/18    Entered 07/26/18 15:58:49    Desc
Proposed Order    Page 1 of 2



| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)<br>216 Haddon Avenue, Suite 201<br>Westmont, NJ 08108<br>856-858-7080<br>Attorneys for Movant: Bayview Loan Servicing, LLC | **Order Filed on August 10, 2018<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| IN re: | Case No.: 17-25717-ABA |
| Yvette M. Boyd a/k/a Yvette Patterson   aka Yvette Patterson Boyd<br>           Debtor | Chapter: 13 |
| | Judge: Andrew B. Altenburg Jr. |

## ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 10, 2018**

_____
Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): Yvette M. Boyd a/k/a Yvette Patterson    aka Yvette Patterson Boyd
Case No: 17-25717-ABA
Caption of Order:  ORDER VACATING STAY

---

Upon the Certification of Default filed by Bayview Loan Servicing, LLC, or its successors or assignees, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real property more fully described as:

   230 Burgundy Drive, Logan Twp, New Jersey 08085

ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property.

☐    Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.