| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |

**McCABE, WEISBERG & CONWAY, LLC**
**By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)**
**216 Haddon Avenue, Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
Attorneys for Movant: Bayview Loan Servicing, LLC

Order Filed on August 10, 2018
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| IN re: | Case No.: 17-25717-ABA |
|---|---|
| Yvette M. Boyd a/k/a Yvette Patterson     aka Yvette Patterson Boyd | Chapter: 13 |
| Debtor | Judge: Andrew B. Altenburg Jr. |

### ORDER VACATING STAY

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: August 10, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor(s): Yvette M. Boyd a/k/a Yvette Patterson        aka Yvette Patterson Boyd
Case No: 17-25717-ABA
Caption of Order:  ORDER VACATING STAY

---

Upon the Certification of Default filed by Bayview Loan Servicing, LLC, or its successors or assignees, and for cause shown, it is

ORDERED that the automatic stay is vacated to permit the movant to institute or resume and prosecute to conclusion one or more actions in the court(s) of appropriate jurisdiction to pursue the movant's rights in the following:

☒    Real property more fully described as:

    230 Burgundy Drive, Logan Twp, New Jersey 08085

ORDERED that the movant, its successors or assignees, may proceed with its rights and remedies under the terms of the subject mortgage and pursue its states court remedies including, but not limited to, taking the property to sheriff's sale, in addition to potentially pursuing other loss mitigation alternatives, including, but not limited to, a loan modification, short sale, or deed-in-lieu foreclosure. Additionally, any purchaser of the property at sheriff's sale (or purchaser's assignee) may take any legal action for enforcement of its rights to possession of the property.

☐    Personal property more fully described as:

It is further ORDERED that the movant may join the debtor and any trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The movant shall serve this Order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 17-25717-ABA
Yvette M. Boyd                                                            Chapter 13
          Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1            User: admin              Page 1 of 1               Date Rcvd: Aug 10, 2018
                               Form ID: pdf903          Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 12, 2018.
db             +Yvette M. Boyd,    230 Burgundy Drive,    Swedesboro, NJ 08085-1337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

           ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 12, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 10, 2018 at the address(es) listed below:
          Alexandra T. Garcia   on behalf of Creditor   Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Alexandra T. Garcia   on behalf of Creditor   BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Eric Clayman   on behalf of Debtor Yvette M. Boyd jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
          Isabel C. Balboa   ecfmail@standingtrustee.com,   summarymail@standingtrustee.com
          Isabel C. Balboa   on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
          summarymail@standingtrustee.com
          Jeffrey E. Jenkins   on behalf of Debtor Yvette M. Boyd jenkins.clayman@verizon.net,
          connor@jenkinsclayman.com
          John R. Morton, Jr.   on behalf of Creditor   American Credit Acceptance ecfmail@mortoncraig.com,
          mortoncraigecf@gmail.com
          Kevin Gordon McDonald   on behalf of Creditor   Bayview Loan Servicing, LLC
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Kevin Gordon McDonald   on behalf of Creditor   BAYVIEW LOAN SERVCING, LLC
          kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
          Melissa S DiCerbo   on behalf of Creditor   BAYVIEW LOAN SERVCING, LLC nj-ecfmail@mwc-law.com,
          nj-ecfmail@ecf.courtdrive.com
          Mina M Beshara   on behalf of Creditor   BAYVIEW LOAN SERVICING LLC nj-ecfmail@mwc-law.com
          Nicholas V. Rogers   on behalf of Creditor   BAYVIEW LOAN SERVICING LLC nj.bkecf@fedphe.com
          Richard James Tracy, III   on behalf of Creditor   Peritus Portfolio Services, Inc. as servicer
          for NCEP, LLC, successor to Santander Consumer USA Inc. rtracy@schillerknapp.com,
          tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
          U.S. Trustee   USTPRegion03.NE.ECF@usdoj.gov
                                                                                          TOTAL: 14