**McCABE, WEISBERG & CONWAY, LLC**
**By: Alexandra Garcia, Esquire (Atty. I.D.# ATG4688)**
**216 Haddon Avenue., Suite 201**
**Westmont, NJ 08108**
**856-858-7080**
**Attorneys for Movant: Bayview Loan Servicing, LLC**

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
**Camden Vicinage**

| IN RE: | Case No.: 17-25717-ABA |
|---|---|
| Yvette M. Boyd aka Yvette Patterson aka Yvette Patterson Boyd | Chapter: 13 |
| Debtor | Judge: Andrew B. Altenburg Jr. |

## CERTIFICATION OF SERVICE

1. I, Tracy Gill:

    ❏ represent the _____ in the above-captioned matter.

    ☒ am the law clerk for Alexandra T. Garcia, Esq., who represents the Movant in the above captioned matter.

    ❏ am the _____ in the above case and am representing myself.

2. On September 17, 2018, I sent a copy of the following pleadings and/or documents to the parties listed in the chart below:

    - Order Settling Motion to Reimpose the Stay

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated:    September 17, 2018         /s/ Tracy Gill
                                      Signature

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| Yvette M. Boyd<br>230 Burgundy Drive<br>Swedesboro, NJ 08085 | Debtor | ❏ Hand-delivered<br>☒ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>❏ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Eric Clayman<br>Jenkins & Clayman<br>412 White Horse Pike<br>Audubon, NJ 08106 | Attorney for Debtor | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |
| Isabel C. Balboa<br>Chapter 13 Standing Trustee<br>Cherry Tree Corporate Center<br>535 Route 38 - Suite 580<br>Cherry Hill, NJ 08002 | Chapter 13 Trustee | ❏ Hand-delivered<br>❏ Regular mail<br>❏ Certified mail/RR<br>❏ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>❏ Other _____<br>(as authorized by the court *) |

\* May account for service by fax or other means as authorized by the court through the issuance of an Order Shortening Time.

*rev.4/24/12*