| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC**<br>**By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)**<br>**216 Haddon Avenue, Suite 201**<br>**Westmont, NJ 08108**<br>**856-858-7080**<br>Attorneys for Movant: Bayview Loan Servicing, LLC | |
| In Re:<br>Yvette M. Boyd aka Yvette Patterson aka Yvette Patterson Boyd<br>         Debtor | Case No.: 17-25717-ABA<br>Chapter: 13<br>Judge: Andrew B. Altenburg Jr. |

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled        ☐ Withdrawn

Matter: Docket No. 62 – Motion to Reimpose the Stay as to Bayview Loan Servicing, LLC's mortgage on 230 Burgundy Drive, Logan Twp, NJ 08085 filed by Debtor. The Motion to Reimpose Stay is scheduled to be heard on September 18, 2018 at 10:00 a.m. Please be advised that the Motion has been settled and an Agreed Order has been emailed to Chambers. Accordingly, please have the matters marked OTBS.

Date:   9/17/2018                                                    /s/ Alexandra T. Garcia, Esq.
                                                                                      Signature

*rev.8/1/15*