| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY | |
| **McCABE, WEISBERG & CONWAY, LLC** <br> **By: Alexandra T. Garcia, Esq. (Atty. I.D.#ATG4688)** <br> **123 South Broad Street, Suite 1400** <br> **Philadelphia, PA 19109** <br> **215-790-1010** <br> Attorneys for Respondent: Bayview Loan Servicing, LLC, and its successors or assignees | Order Filed on September 25, 2018 by Clerk U.S. Bankruptcy Court District of New Jersey |
| IN re: <br><br> Yvette M. Boyd aka Yvette Patterson aka Yvette Patterson Boyd <br>         Debtor | Case No. 17-25717-ABA <br><br> Chapter 13 <br><br> Judge: Andrew B. Altenburg Jr. |

**AGREED ORDER REINSTATING THE AUTOMATIC STAY AS TO BAYVIEW LOAN SERVICING, LLC WITH CONDITIONS**

The relief set forth on the following pages, number two (2) through three (3) is hereby **ORDERED**

**DATED: September 25, 2018**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**(Page 2)**
Debtor: Yvette M. Boyd aka Yvette Patterson aka Yvette Patterson Boyd
Case No: 17-25717-ABA
Caption of Order: AGREED ORDER REINSTATING THE AUTOMATIC STAY AS TO BAYVIEW LOAN SERVICING, LLC WITH CONDITIONS

---

THIS MATTER having been brought before the Court by Yvette M. Boyd aka Yvette Patterson aka Yvette Patterson Boyd (hereinafter "Debtor") by and through her attorney, Jenkins & Clayman, upon the filing of a Motion to Reimpose Stay as to Creditor Bayview Loan Servicing, LLC, and its successors or assignees (hereinafter "Bayview"), and Bayview by and through its attorneys, McCabe, Weisberg & Conway, LLC having agreed to reinstate the automatic stay subject to specific conditions, and for good cause shown, it is hereby

**ORDERED** as follows:

1. The August 10, 2018 Order Vacating Stay as to Bayview's interest in 230 Burgundy Drive, Swedesboro, NJ 08085 (hereinafter the Subject Property) is hereby vacated and the automatic stay is reinstated.

2. Debtor has been approved for a Streamline Trial Loan Modification consisting of six (6) monthly payments each in the amount of $1,780.08 due on the first of the month from July 2018 through and including December 2018. Debtor must make all of the trial loan modification payments on time in order to be approved for a permanent loan modification.

3. If the Debtor defaults on the trial loan modification payments, or if Debtor declines to accept the loan modification offered within thirty (30) days of the date the trial loan modification payments or the signed final loan modification documents are due, then Bayview is granted relief from the automatic stay as provided under 11 U.S.C § 362 as to the Subject Property, and the automatic stay is terminated as it affects Bayview's interest in the Subject Property. In order to activate this relief from the automatic stay provision, Bayview shall file an Affidavit of Default with the Court, and relief shall be deemed granted without any further hearing and without the entry of an additional order from the

**(Page 3)**
Debtor:  Yvette M. Boyd aka Yvette Patterson aka Yvette Patterson Boyd
Case No: 17-25717-ABA
Caption of Order: AGREED ORDER REINSTATING THE AUTOMATIC STAY AS TO BAYVIEW LOAN SERVICING, LLC WITH CONDITIONS

---

Court. Such Affidavit of Default shall contain a statement of the default as supported by Bayview's records and will activate the conditional relief granted in this paragraph.

4. If the Debtor successfully obtains a permanent loan modification, but then fails to make any regular monthly mortgage payment within thirty (30) days of the date the payments are due, then Bayview may obtain an Order Vacating the Automatic Stay as to the Collateral by filing, with the Bankruptcy Court, a Certification specifying the Debtor's failure to comply with the terms of this Order.  At the time the Certification is filed with the court, a copy of the Certification shall be sent to the Debtor, and the Debtor's Attorney.

5. Bayview is awarded attorney's fees of $250.00 for the July 26, 2018 Certification of Default and the fees and costs shall be paid by debtor through the Chapter 13 Plan

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 17-25717-ABA
Yvette M. Boyd                                                        Chapter 13
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-1    User: admin             Page 1 of 1           Date Rcvd: Sep 25, 2018
                        Form ID: pdf903         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 27, 2018.
db              +Yvette M. Boyd,    230 Burgundy Drive,    Swedesboro, NJ 08085-1337

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                         TOTAL: 0

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 27, 2018                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 25, 2018 at the address(es) listed below:
      Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Eric  Clayman    on behalf of Debtor Yvette M. Boyd jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com, summarymail@standingtrustee.com
      Jeffrey E. Jenkins    on behalf of Debtor Yvette M. Boyd jenkins.clayman@verizon.net, connor@jenkinsclayman.com
      John R. Morton, Jr.    on behalf of Creditor    American Credit Acceptance ecfmail@mortoncraig.com, mortoncraigecf@gmail.com
      Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
      Melissa S DiCerbo    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
      Mina M Beshara    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC nj-ecfmail@mwc-law.com
      Nicholas V. Rogers    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC nj.bkecf@fedphe.com
      Richard James Tracy, III    on behalf of Creditor    Peritus Portfolio Services, Inc. as servicer for NCEP, LLC, successor to Santander Consumer USA Inc. rtracy@schillerknapp.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com;btate@schillerknapp.com
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                             TOTAL: 14