Form 132 – 13sum

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−25717−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
 Yvette M. Boyd
 aka Yvette Patterson, aka Yvette Patterson
 Boyd
 230 Burgundy Drive
 Swedesboro, NJ 08085

Social Security No.:
 xxx−xx−3658

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON CONFIRMATION OF PLAN

Date:  11/13/19
Time:  09:00 AM
Location:  Courtroom 4B, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

 An objection to confirmation of the plan, including any motions referenced therein to avoid judicial liens under 11 USC section 522(f) and/or to avoid liens and reclassify claims in whole or in part, shall be filed and served seven days before confirmation. Filing a motion for relief from the automatic stay will not be considered an objection to the confirmation.

 **If, at the confirmation hearing, it is determined that the debtor's plan is not confirmable, the case may be dismissed or converted.**

A copy of the Plan will follow this notice.

Dated: October 8, 2019
JAN: bc

 Jeanne Naughton
 Clerk, U. S. Bankruptcy Court

```
                              United States Bankruptcy Court
                                    District of New Jersey
In re:                                                                      Case No. 17-25717-ABA
Yvette M. Boyd                                                              Chapter 13
        Debtor                    CERTIFICATE OF NOTICE
District/off: 0312-1           User: admin                  Page 1 of 5                  Date Rcvd: Oct 08, 2019
                               Form ID: 132                 Total Noticed: 144


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 10, 2019.
db             +Yvette M. Boyd,    230 Burgundy Drive,    Swedesboro, NJ 08085-1337
aty            +Ekaterine N. Eleftheriou,    95 North Main Street,    Mullica Hill, NJ 08062-9421
aty            +Ekaterine N. Eleftheriou,    Law Office of Brian J. Duffield,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421
aty            +Mina M Beshara,    80 Business Park Drive,    Suite 110,    Armonk, NY 10504-1704
cr             +BAYVIEW LOAN SERVICING LLC,    Phelan Hallinan & Schmieg, PC,    400 Fellowship Road,    Suite 100,
                 Mt. Laurel, NJ 08054-3437
516980764      +A-1 Collection Service,    PO Box 7387,    West Trenton, NJ 08628-0387
517443034      +American Credit Acceptance,    C/O Morton & Craig, LLC,    110 Marter Ave., Suite 301,
                 Moorestown, NJ 08057-3124
516980767       Arcadia Financial,    PO Box 4367,    Carol Stream, IL 60197-4367
516980768      +Associates in Hem-Oncology, P.C.,    One Medical Center Blvd., Suite 341,
                 Chester, PA 19013-3902
517681119      +BAYVIEW LOAN SERVCING, LLC,    KML Law Group, P.C.,    216 Haddon Avenue,    Suite 406,
                 Westmont, NJ 08108-2812
517001592      +BAYVIEW LOAN SERVCING, LLC,    McCabe, Weisberg & Conway, P.C.,    216 Haddon Avenue, Suite 201,
                 Westmont, NJ 08108-2818
517020827      +BAYVIEW LOAN SERVICING LLC,    Phelan Hallinan Diamond & Jones, PC,
                 400 Fellowship Road, Suite 100,    Mt. Laurel, NJ 08054-3437
516980772      +Beckett Association,    212 Village Ctr Drive,    Swedesboro, NJ 08085-1450
516980773       Black Expressions,    c/o National Credit Solutions,    3680 E I 240 SVC R,
                 Oklahoma City, OK 73155
516980774       Booth Radiology Associates,    PO Box 8500 #1042,    Philadelphia, PA 19178-1042
516980776       Cafone Care LLC,    8 High Street  Ste 1B,    Mullica Hill, NJ 08062-9540
516980783       Castle Payday,    c/o National Credit Adjusters,    PO Box 3023,    Hutchinson, KS 67504-3023
516980784      +Chase Home Finance,    3415 Vision Drive,    Columbus, OH 43219-6009
516980786      +Citizens Bank N.A.,    c/o Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO BOX 9004,
                 Renton, WA 98057-9004
516980790       Columbia House,    c/o National Credit Solutions,    3680 E I 240 Svc R,
                 Oklahoma City, OK 73135
516980792      +Comcast,    c/o ER Solutions,    800 SW 39th Street,    Renton, WA 98057-4927
516980791       Comcast,    c/o IC Systems,    PO Box 97029,    Redmond, WA 98073-9729
516980793      +Comcast-NEAM,    c/o ARC Group, Inc. dba CRG,    1012 State College Road, Ste 202,
                 Dover, DE 19904-6506
516980794      +Commonwealth of Pennsylvania,    County of Delaware,    Concord Village Shops, 2nd Floor,
                 485 Baltimore Pike,    Glen Mills, PA 19342-1161
516980797       DiMarino, Kroop, Prieto, GI Assoc,    17 W Red Bank Ave, Ste. 3,    Woodbury, NJ 08096-1630
516980799       DirecTV,    PO Box 830032,    Baltimore, MD 21283-0032
516980798      +Direct Brands Inc,    c/o Penn Credit Corp,    916 S 14th Street,    Harrisburg, PA 17104-3425
516980800       Dr. Hilli Family Practice & Wellnes,    511 Beckett Road Unit 8,    Logan Township, NJ 08085-1865
516980803      +EZ Pass,    c/o Penn Credit,    PO Box 1259,    Oaks, PA 19456-1259
516980801       Emerg Care Services of NJ, P.A.,    PO Box 740021,    Cincinnati, OH 45274-0021
516980802       Evergreen Dental,    c/o IC Systems Collections,    PO Box 64378,    Saint Paul, MN 55164-0378
516980807       FMS Services,    PO Box 68245,    Schaumburg, IL 60168-0245
516980804      +Financial Recoveries,    200 E Park Drive  Ste 100,    Mount Laurel, NJ 08054-1297
516980806       First Premier Bank,    PO Box 5147,    Sioux Falls, SD 57117-5147
516980805       First Premier Bank,    c/o FNCB,    PO Box 51660,    Sioux Falls, SD 57117-5147
516980809       Geico Indemnity Company,    Regional Office,    One Geico Center,    Macon, GA 31296-0001
516980810      +Gloucester County EMS,    PO Box 1016,    Voorhees, NJ 08043-7016
516980811      +HRRG,    PO BOX 8486,    Pompano Beach, FL 33075-8486
516980813       HSBC Cards,    c/o Arrow Financial Services,    5996 W Touhy Ave,    Niles, IL 60714-4610
516980812      +HSBC bank,    PO Box 5253,    Carol Stream, IL 60197-5253
516980815      +Inspira Medical Center Woodbury,    c/o Adreima,    333 Irving Avenue, Box 115,
                 Bridgeton, NJ 08302-2123
517011905      +Logan Township,    Brian J. Duffield, Esq.,    95 North Main Street,
                 Mullica Hill, NJ 08062-9421
516980819      +Manatee County Courthouse,    PO Box 25400, TVB,    Bradenton, FL 34206-5400
516980821      +Medical Diagnostic Laboratories, LLC,    2439 Kuser Road,    Hamilton, NJ 08690-3303
516980822      +Midland Funding LLC,    c/o FBCS Inc,    2200 Byberry Road  Ste 120,    Hatboro, PA 19040-3739
516980825       New Jersey American Water,    Box 371331,    Pittsburgh, PA 15250-7331
516980826       PA Turnpike EZ Pass violations,    c/o Linebarger Goggan Blair & Sampson,    PO Box 90128,
                 Harrisburg, PA 17109-0128
516980836      +PNC Bank,    Consumer Loan Center,    Mailstop P5-PCLC-02-R,    2730 Liberty Avenue,
                 Pittsburgh, PA 15222-4704
516980827       Palisades Collection LLC,    c/o Pressler & Pressler LLP,    7 Entin Road,
                 Parsippany, NJ 07054-5020
516980828      +Payday Loan Yes.com,    c/o Northern Resolution Group,    PO Box 566,    Amherst, NY 14226-0566
516980832      +Pennsylvania State Constable,    PO Box 609,    Clifton Heights, PA 19018-0609
516980834      +Philadelphia Federal Credit Union,    12800 Townsend Road,    Philadelphia, PA 19154-1095
516980835       Physician Billing PB Chop,    Lock Box 8017,    PO Box 8500,    Philadelphia, PA 19178-8017
516980837      +Police & Fire FCU,    2837 Southampton Road,    Philadelphia, PA 19154-1206
516980839       ProCo,    PO Box 2462,    Aston, PA 19014-0462
516980841       Progressive,    PO Box 7247-0311,    Philadelphia, PA 19170-0311
516980840      +Progressive,    c/o Caine & Weiner,    PO Box 5010,    Woodland Hills, CA 91365-5010
```

```
District/off: 0312-1              User: admin                  Page 2 of 5                   Date Rcvd: Oct 08, 2019
                                  Form ID: 132                 Total Noticed: 144


516980846      +RMS,    305 Fellowship Road #100,     PO Box 5471,    Mount Laurel, NJ 08054-5471
516980845      +Red Rock Tribal Lending,    d/b/a Castle Payday.com,     PO Box 704,    Watersmeet, MI 49969-0704
516980849      +Shaffer & Associates,    PO box 1545,    Columbia, MO 65205-1545
516980850       South Jersey Anesthesia,    c/o Apex Asset Management LLC,     PO Box 5407,
                 Lancaster, PA 17606-5407
516980853      +South Jersey Gas,    PO BOX 6091,    Bellmawr, NJ 08099-6091
516980852       South Jersey Gas,    Attn Mrs. Flemming,     PO Box 6091,    Bellmawr, NJ 08099-6091
516980851      +South Jersey Gas,    Attn: Mrs. Flemming,     PO Box 577,    Hammonton, NJ 08037-0577
516980855       Sprint,   PO Box 541023,    Los Angeles, CA 90054-1023
516980854      +TNB-Target,    PO Box 673,    Minneapolis, MN 55440-0673
516980856       Target Corporation Recovery Services,      PO Box 30171,    Tampa, FL 33630-3171
516980860      +The Children's Hospital of Philadelphia,     Physician Billing-PB Chop,    PO Box 788017,
                 Philadelphia, PA 19178-8017
516980861       The Minniti Center for Medical Oncology,     & Hematology,    174 Democrat road,
                 Mickleton, NJ 08056-1236
517001271      +Township of Logan,    Law Office of Brian J. Duffield,     95 North Main Street,
                 Mullica Hill, NJ 08062-9421
516980863       Township of Logan,    Logan Twp Tax Assessor,     PO Box 314,    Bridgeport, NJ 08014-0314
516980864      +Tremont Financial LLC,    c/o Minnehaha Circuit Court,     415 N Dakota Ave,
                 Sioux Falls, SD 57104-2412
516980865      +TruGreen Chem Lawn,    attn: Accts Receivable,     PO Box 155,    Thorofare, NJ 08086-0155
516980866       Twin Oaks software Development Inc.,     PO Box 247,     Kensington, CT 06037-0247
516980868       Underwood Memorial Hospital,    Billing Office,     509 North Broad Street,
                 Woodbury, NJ 08096-1697
516980867       Underwood Memorial Hospital,    c/o Accounts Receivables,     155 Mid Atlantic Parkway,
                 Thorofare, NJ 08086
516980869       United Telemanagement Corp.,    Billing Department,     PO Box 655,    Vandalia, OH 45377-0655
516980870      +University of Phoenix,    c/o FBCS Inc.,    330 S. Warminster Road, Ste 353,
                 Hatboro, PA 19040-3433
516980875      +Verizon New Jersey,    c/o FNCBm Inc.,    PO Box 51660,     Sparks, NV 89435-1660
516980879      +W. Reed Kindermann MD,    Ophthalmology,    3001 Chapel Avenue Ste 200,
                 Cherry Hill, NJ 08002-1592
516980880      ++WACHOVIA BANK NA,    MAC X2303-01A,    1 HOME CAMPUS,    1ST FLOOR,    DES MOINES IA 50328-0001
               (address filed with court: Wachovia,     Bankcard Services,     PO Box 15137,
                 Wilmington, DE 19886-5137)
516980881       Water Revenue Bureau,    1401 JKF Blvd,    Philadelphia, PA 19102-1663
516980884       Wells Fargo Bank,    PO Box 5058,    Mac P6053-021,    Portland, OR 97208-5058
516980882       Wells Fargo Bank,    PO Box 5445,    Portland, OR 97228
516980883       Wells Fargo Bank,    c/o Accounts Receibable Management,     PO box 129,
                 Thorofare, NJ 08086-0129

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Oct 09 2019 00:20:16      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Oct 09 2019 00:20:13      United States Trustee,
                 Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
516980769       E-mail/Text: bankruptcy@pepcoholdings.com Oct 09 2019 00:19:51      Atlantic City Electric,
                 PO Box 4875,    Trenton, NJ 08650
517151314      +E-mail/Text: bankruptcy@acacceptance.com Oct 09 2019 00:20:12      American Credit Acceptance,
                 961 E. Main Street,    Spartanburg, SC 29302-2185
518466230       E-mail/Text: bankruptcy@acacceptance.com Oct 09 2019 00:20:12      American Credit Acceptance,
                 PO Box 956126,    Saint Louis, MO 63195-6126
517129625      +E-mail/Text: csc.bankruptcy@amwater.com Oct 09 2019 00:20:52      American Water,    PO Box 578,
                 Alton, IL 62002-0578
516992571      +E-mail/Text: bankruptcy@pepcoholdings.com Oct 09 2019 00:19:51      Atlantic City Electric,
                 5 Collins Drive, Suite 2133,    Mail Stop 84CP42,    Carneys Point, NJ 08069-3600
516980770      +E-mail/Text: bankruptcy@pepcoholdings.com Oct 09 2019 00:19:51      Atlantic City Electric,
                 PO Box 13610,    Philadelphia, PA 19101-3610
517112630      +E-mail/Text: bnc@atlasacq.com Oct 09 2019 00:19:26      Atlas Acquisitions LLC,    294 Union St.,
                 Hackensack, NJ 07601-4303
516980771      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 09 2019 00:20:36
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Blvd, 5th Floor,    Miami, FL 33146-1837
517216769      +E-mail/Text: bkmailbayview@bayviewloanservicing.com Oct 09 2019 00:20:36
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1837
516980775       E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Oct 09 2019 00:20:04      Brylane Home,
                 PO Box 659728,    San Antonio, TX 78265-9728
516980795      +E-mail/Text: ebn@mycps.com Oct 09 2019 00:20:36      CPS Security,    PO Box 782408,
                 San Antonio, TX 78278-2408
516980777      +E-mail/Text: bankruptcy@usecapital.com Oct 09 2019 00:21:05      Capital Accounts,
                 2120 Crestmoor Road, Ste. 30,    Nashville, TN 37215-2654
516980778       E-mail/Text: clientrep@capitalcollects.com Oct 09 2019 00:21:00      Capital Collection Service,
                 PO Box 150,    West Berlin, NJ 08091-0150
516980779      +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 00:26:45      Capital One,
                 c/o Portfolio Recovery Assoc,    PO Box 12914,    Norfolk, VA 23541-0914
516980780      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 09 2019 00:26:42      Capital One,
                 26525 N Riverwoods Blvd,    Mettawa, IL 60045-3438
516980781       E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Oct 09 2019 00:27:52      Capital One Bank,
                 PO Box 70884,    Charlotte, NC 28272-0884
```

```
District/off: 0312-1          User: admin                Page 3 of 5                  Date Rcvd: Oct 08, 2019
                              Form ID: 132               Total Noticed: 144


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
516980782     +E-mail/Text: opsqa_usbankruptcy@cashnetusa.com Oct 09 2019 00:19:25      Cash Net USA,
               PO Box 547,    Lake Bluff, IL 60044-0547
516980785     +Fax: 602-659-2196 Oct 09 2019 01:55:08      ChexSystems,    Consumer Relations,
               7805 Hudson Road Ste 100,    Woodbury, MN 55125-1595
516980786     +E-mail/Text: convergent@ebn.phinsolutions.com Oct 09 2019 00:20:35      Citizens Bank N.A.,
               c/o Convergent Outsourcing, Inc.,    800 SW 39th Street,    PO BOX 9004,    Renton, WA 98057-9004
516980787      E-mail/Text: bankruptcy@philapark.org Oct 09 2019 00:20:49      City of Philadelphia,
               Parking Violations Branch,    PO Box 41818,    Philadelphia, PA 19101-1818
516980788     +E-mail/Text: Harris@ebn.phinsolutions.com Oct 09 2019 00:21:00      City of Philadelphia,
               c/o Harris & Harris Ltd,    111 West Jackson Boulevard Ste 400,    Chicago, IL 60604-4135
516980789     +E-mail/Text: bankruptcy@philapark.org Oct 09 2019 00:20:49      City of Philadelphia,
               PO Box 41818,    Philadelphia, PA 19101-1818
516980792     +E-mail/Text: convergent@ebn.phinsolutions.com Oct 09 2019 00:20:35      Comcast,
               c/o ER Solutions,    800 SW 39th Street,    Renton, WA 98057-4927
516980796     +E-mail/PDF: pa_dc_ed@navient.com Oct 09 2019 00:27:56      Department of Education/Sallie Mae,
               PO Box 9635,    Wilkes Barre, PA 18773-9635
516980808     +E-mail/Text: bankruptcy@fncbinc.com Oct 09 2019 00:19:11      FNCB Inc,    PO Box 51660,
               Sparks, NV 89435-1660
516980814      E-mail/Text: bankruptcy@hsn.net Oct 09 2019 00:20:38      HSN,    Attention: Flexpay Department,
               PO Box 9090,    Clearwater, FL 33758-9090
516980816      E-mail/Text: cio.bncmail@irs.gov Oct 09 2019 00:19:45      IRS,    PO Box 7346,
               Philadelphia, PA 19101-7346
516980817      E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 09 2019 00:20:28      Jefferson Capital Systems LLC,
               16 McLeland Road,    Saint Cloud, MN 56303
516980818     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 09 2019 00:20:50      Liberty Mutual,
               c/o Credit Collection Services,    Two Wells Ave,    Newton, MA 02459-3225
516980820     +E-mail/Text: bknotices@mbandw.com Oct 09 2019 00:20:33      McCarthy Burgess & Wolfe,
               The MB&W Building,    26000 Cannon Road,    Cleveland, OH 44146-1807
517136818      E-mail/PDF: pa_dc_claims@navient.com Oct 09 2019 00:26:46
               Navient Solutions, LLC. on behalf of,    Department of Education Loan Services,    PO BOX 9635,
               Wilkes-Barre, PA 18773-9635
516980830     +E-mail/Text: bkynotice@harvardcollect.com Oct 09 2019 00:21:04      PECO,
               c/o Harvard Collection,    4839 N. Elston Avenue,    Chicago, IL 60630-2534
516980833      E-mail/Text: peritus@ebn.phinsolutions.com Oct 09 2019 00:20:58      Peritus Portfolio Services,
               PO Box 141419,    Irving, TX 75014-1419
517029586      E-mail/Text: peritus@ebn.phinsolutions.com Oct 09 2019 00:20:58
               PERITUS PORTFOLIO SERVICES/NCEP,    PO BOX 141419,    IRVING, TX  75014-1419
517090099      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Oct 09 2019 00:40:38
               Portfolio Recovery Associates, LLC,    c/o Capital One Bank (usa), N.a.,    POB 41067,
               Norfolk VA 23541
517207485     +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 09 2019 00:26:50
               PYOD, LLC its successors and assigns as assignee,    of Arrow Financial Services, LLC,
               Resurgent Capital Services,    PO Box 19008,    Greenville, SC 29602-9008
516980829     +E-mail/Text: bankruptcy@risecredit.com Oct 09 2019 00:19:21      Payday OK,    42 Reads Way,
               New Castle, DE 19720-1649
516994042     +E-mail/Text: bankruptcy@philapark.org Oct 09 2019 00:20:49      Philadelphia Parking Authority,
               701 Market Street, Suite 5400,    Philadelphia, PA 19106-2895
517123816     +E-mail/Text: JCAP_BNC_Notices@jcap.com Oct 09 2019 00:20:28      Premier Bankcard, Llc,
               Jefferson Capital Systems LLC Assignee,    Po Box 7999,    Saint Cloud Mn 56302-7999
516980838      E-mail/Text: DATA@COLLECTIONCENTERIND.COM Oct 09 2019 00:20:51
               Premier Urgent Care-Swedesboro,    c/o Collection Center,    2011 Miller Road,
               Lancaster, PA 17604
516980842     +E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 09 2019 00:20:50
               Progressive Garden State Ins Co,    c/o Credit Collection Services,    Two Wells Avenue,
               Newton, MA 02459-3225
516980843     +E-mail/Text: bankruptcydepartment@tsico.com Oct 09 2019 00:20:44      Progressive Insurance,
               c/o NCO Financial,    PO Box 15636,    Wilmington, DE 19850-5636
516980844      E-mail/Text: bkrpt@retrievalmasters.com Oct 09 2019 00:20:12      Quest Diagnostics,    c/o AMCA,
               PO Box 1235,    Elmsford, NY 10523-0935
516980765      E-mail/PDF: cbp@onemainfinancial.com Oct 09 2019 00:26:33      American Gen,
               c/o Asset  Acceptance LLC,    PO Box 2036,    Warren, MI 48090-2036
516980847      E-mail/PDF: pa_dc_claims@navient.com Oct 09 2019 00:26:44      Sallie Mae,    PO Box 9500,
               Wilkes Barre, PA 18773-9500
516980848      E-mail/Text: CollectionsCompliance@firstdata.com Oct 09 2019 00:21:04      Sears Home Services,
               c/o TRS Recovery Services Inc,    PO box 60022,    City of Industry, CA 91716-0022
516980854     +E-mail/Text: Bankruptcies@nragroup.com Oct 09 2019 00:20:59
               South Jersey Sports Medicine Center,    c/o National Recovery Agency,    2491 Paxton Street,
               Harrisburg, PA 17111-1036
516980858      E-mail/Text: bankruptcy@td.com Oct 09 2019 00:20:18      TD Bank,    6000 Atrium Way,
               Mount Laurel, NJ 08054
516980857      E-mail/Text: bankruptcydpt@mcmcg.com Oct 09 2019 00:20:13      Target National Bank,
               c/o Midland Credit Management,    PO Box 60578,    Los Angeles, CA 90060-0578
516980859     +E-mail/Text: bankruptcy@fult.com Oct 09 2019 00:21:03      The Bank,    22 Village Center Drive,
               Swedesboro, NJ 08085-1417
516980871     +E-mail/Text: External.Collections@phoenix.edu Oct 09 2019 00:20:43      University of Phoenix,
               4615 E Elwood Street,    Phoenix, AZ 85040-1950
516980873     +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 09 2019 00:19:15
               Verizon,    500 Technology Drive, Ste 300,    Weldon Spring, MO 63304-2225
```

```
District/off: 0312-1                  User: admin                    Page 4 of 5                   Date Rcvd: Oct 08, 2019
                                      Form ID: 132                   Total Noticed: 144
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)
```
517095780        +E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Oct 09 2019 00:27:27      Verizon,
                  by American InfoSource LP as agent,    4515 N Santa Fe Ave,   Oklahoma City, OK 73118-7901
516980874        +E-mail/Text: bknotices@mbandw.com Oct 09 2019 00:20:33      Verizon,
                  c/o McCarthy, Burgess & Wolff,   The MB&W Building,    26000 Cannon Road,
                  Bedford, OH 44146-1807
516980872         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 09 2019 00:19:15
                  Verizon,    PO Box 4830,   Trenton, NJ 08650-4830
516980878        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 09 2019 00:19:15
                  Verizon NJ,    c/o Midland Credit Management,    8875 Aero Drive  Ste 2,
                  San Diego, CA 92123-2255
516980876         E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 09 2019 00:19:15
                  Verizon New Jersey Inc,    c/o AFNI Inc,    PO Box 3517,   Bloomington, IL 61702-3517
516980877        +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Oct 09 2019 00:19:16
                  Verizon New Jersey Inc.,    500 Technology Drive,   Weldon Spring, MO 63304-2225
516980885         E-mail/Text: bankruptcy_notifications@ccsusa.com Oct 09 2019 00:20:50      Wells Fargo Bank,
                  c/o Credit Collection Service,    Payment Processing Center,    PO Box 55126,
                  Boston, MA 02205-5126
                                                                                              TOTAL: 61

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516980824         My Tree Guy LLC
cr*              +American Credit Acceptance,    C/O Morton & Craig, LLC,    110 Marter Ave., Suite 301,
                  Moorestown, NJ 08057-3124
517196773*       +Atlas Acquisitions LLC,    294 Union St.,   Hackensack, NJ 07601-4303
518466231*       +Bayview Loan Servicing,LLC,    4425 Ponce de Leon,   Blvd, 5th Floor,   Miami, FL 33146-1837
516980766        ##Amerihealth NJ MO,    c/o GB Collects LLC,    145 Bradford Drive,   West Berlin, NJ 08091-9269
516980823        ##Monarch Recovery Management Inc,     PO Box 21089,   Philadelphia, PA 19114-0589
516980831       ##+Penn Credit Corporation,    916 S 14th Street,   Harrisburg, PA 17104-3425
                                                                                        TOTALS: 1, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 10, 2019                                       Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 8, 2019 at the address(es) listed below:
```
              Alexandra T. Garcia    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              Alexandra T. Garcia    on behalf of Creditor    Bayview Loan Servicing, LLC NJECFMAIL@mwc-law.com,
               nj-ecfmail@ecf.courtdrive.com
              David  Nigro    on behalf of Debtor Yvette M. Boyd jenkins.clayman@verizon.net
              Eric  Clayman    on behalf of Debtor Yvette M. Boyd jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              Francis T. Tarlecki    on behalf of Creditor    Bayview Loan Servicing, LLC Njecfmail@mwc-law.com,
               ftarlecki.kashlaw@gmail.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Jeffrey E. Jenkins    on behalf of Debtor Yvette M. Boyd jenkins.clayman@verizon.net,
               connor@jenkinsclayman.com
              John R. Morton, Jr.    on behalf of Creditor    American Credit Acceptance ecfmail@mortoncraig.com,
               mortoncraigecf@gmail.com
```

```
District/off: 0312-1          User: admin              Page 5 of 5              Date Rcvd: Oct 08, 2019
                              Form ID: 132             Total Noticed: 144
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        Kevin Gordon McDonald    on behalf of Creditor    Bayview Loan Servicing, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Kevin Gordon McDonald    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com
        Melissa S DiCerbo    on behalf of Creditor    BAYVIEW LOAN SERVCING, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Melissa S DiCerbo    on behalf of Creditor    Bayview Loan Servicing, LLC nj-ecfmail@mwc-law.com, nj-ecfmail@ecf.courtdrive.com
        Nicholas V. Rogers    on behalf of Creditor    BAYVIEW LOAN SERVICING LLC nj.bkecf@fedphe.com
        Richard James Tracy, III    on behalf of Creditor    Peritus Portfolio Services, Inc. as servicer for NCEP, LLC, successor to Santander Consumer USA Inc. rtracy@hillwallack.com, tshariff@schillerknapp.com;kcollins@schillerknapp.com;ahight@schillerknapp.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov

        TOTAL: 16